IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DONALD J.,

          Plaintiff,

v.                                            CIVIL ACTION NO.   2:22-cv-00549

MARTIN J. O'MALLEY,
*Commissioner of Social Security*,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

By *Standing Order* (Document 3) entered on December 5, 2022, this action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  On January 31, 2024, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 16) wherein it is recommended that this Court grant the Plaintiff's request to reverse the Commissioner's decision (Document 13), deny the Commissioner's request to affirm her decision (Document 14), reverse the final decision of the Commissioner, and remand this action pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by February 14, 2024, and none were filed by either party.  The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as

1

to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *see also Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983) (holding that district courts may adopt proposed findings and recommendations without explanation in the absence of objections).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge. The Court **GRANTS** the Plaintiff's request to reverse the Commissioner's decision (Document 13), **DENIES** the Commissioner's request to affirm her decision (Document 14), **REVERSES** the final decision of the Commissioner, and **REMANDS** this action pursuant to the fourth sentence of 42 U.S.C. § 405(g).

The Court **DIRECTS** the Clerk to send a certified copy of this *Memorandum Opinion and Order* to Magistrate Judge Tinsley, counsel of record, and any unrepresented party.

ENTER: February 20, 2024

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA